

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| SCHNEIDER ELECTRIC USA, INC. D/B/A SCHNEIDER ELECTRIC, | § | No. 08-21-00145-CV |
| | § | Appeal from the |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| MARIA RAMIREZ., | § | (TC# 2019DCV3145) |
| Appellee. | § | |
| | § | |

**O R D E R**

Appellee's Motion to Dismiss the Appeal (for want of jurisdiction) is denied. The substance of the Appellee's argument that Appellant's Reply Brief raises new arguments or issues, or issues not raised below, will be carried with the case.

IT IS SO ORDERED this 11th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.